# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Solomona Ricky Patu,<br>also known as Solomona Ricky Patu, Jr<br>*Plaintiff*<br>v.<br>Alexander,<br>Sgt.<br>*Defendant* | Civil Action No.  2:14-cv-00160-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Complaint is DISMISSED WITHOUT PREJUDICE

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  July 7, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Jaime M. White
*(By) Deputy Clerk*

Jaime M. White